# UNITED STATES DISTRICT COURT

for the

District of Alaska

________Anchorage__ Division

RECEIVED

JAN 2- 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Matthew Ryan Foy

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

LEITONI TUPOU (Chair), SARAH POSSENTI (Vice Chair), RICHARD LARSON (Member), STEVEN MEYER (Member), JASON WILSON (Member)

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:26-cv-00040-SLG

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew Ryan Foy |
| All other names by which you have been known: | |
| ID Number | 583710 |
| Current Institution | Anchorage Correctional Complex - East |
| Address | 1400 East 4th Ave. |
| | Anchorage (*City*) AK (*State*) 99501 (*Zip Code*) |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | LEITONI TUPOU |
| Job or Title *(if known)* | Alaska Board of Pardons and Parole, Chairperson |
| Shield Number | |
| Employer | STATE OF ALASKA |
| Address | 550 West 7th Ave., Suite 1800 |
| | Anchorage (*City*) AK (*State*) 99501 (*Zip Code*) |

☑ Individual capacity ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | SARAH POSSENTI |
| Job or Title *(if known)* | Alaska Board of Pardons and Parole, Vice Chairperson |
| Shield Number | |
| Employer | STATE OF ALASKA |
| Address | 550 West 7th Ave., Suite 1800 |
| | Anchorage (*City*) AK (*State*) 99501 (*Zip Code*) |

☑ Individual capacity ☐ Official capacity

Defendant No. 3

Name: RICHARD LARSON

Job or Title *(if known)*: Alaska Board of Pardons and Parole, Member

Shield Number:

Employer: STATE OF ALASKA

Address: 550 West 7th Ave., Suite 1800

Anchorage (*City*) AK (*State*) 99501 (*Zip Code*)

[x] Individual capacity [ ] Official capacity

Defendant No. 4

Name: STEVEN MEYER

Job or Title *(if known)*: Alaska Board of Pardons and Parole, Member

Shield Number:

Employer: STATE OF ALASKA

Address: 550 West 7th Ave., Suite 1800

Anchorage (*City*) AK (*State*) 99501 (*Zip Code*)

[x] Individual capacity [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[x] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violation of U.S.C.S. Const. Amend. 5 for being subject to being twice placed in jeopardy for the same offense and for violation of due process, Violation of U.S.C.S. Const. Amend. 8 for infliction of physical or mental pain, Violation of U.S.C.S. Const. Amend. 14 for violation of due process, Violation of the Const. of the State of Alaska Article 1 section 7 and 9 for violation of due process and for double jeopardy,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5

| | |
|---|---|
| Name | JASON WILSON |
| Job Title | Alaska Board of Pardons and Parole, Member |
| Shield Number | |
| Employer | STATE OF ALASKA |
| Address | 550 West 7th Ave., Suite 1800 |
| | Anchorage (*City*) AK (*State*) 99501 (*Zip Code*) |

☑ Individual Capacity ☐ Official Capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The State of Alaska Board of Pardons and Parole members have acted outside of their jurisdiction by ordering the State of Alaska's department of corrections to extend my max. release date from May 15th, 2026 to January 8th, 2028. They did so based off of a parole revocation that occurred in 2023 which is when they ordered me incarcerated for 25 months with a release date of February 4th, 2025. That put me twice in jeopardy for the same offense, violated due process, and Roller v. State.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☑ Other *(explain)* Parolee in alleged violation status, on parole hold without bail.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I was at Cook Inlet Pretrial in 2023 when the State of Alaska's Board of Pardons and Parole knowingly extended my maximum release date nearly two years while being fully aware of my diagnoses of Complex Post Traumatic Stress Disorder. This caused me severe mental injury, put me twice in jeopardy for the same offense, and violated my right to due process.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Approx. 4/13/2023

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The State of Alaska's Board of Parole ordered AKDOC to extend my maximum release date on or before 4/13/2023. This caused me extreme stress as I felt that multiple rights were violated in them doing this. It is all on record.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Their actions put me under extreme stress and duress all with them knowing of my mental health diagnoses of Complex Post Traumatic Stress Disorder. I've tried counseling and medication from Alaska Behavioral Health Services with zero success.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court to order the Alaska department of corrections to adjust my release date back to what it was adjusted to after the State of Alaska Court of Appeals Reversed an Assault in the First Degree due to insufficiency of evidence for State case number 2NO-16-00324CR. That Release date was May 15th, 2026. I request relief in the amount of $4,000,000.00 if the case goes to trial, or $2,000,000.00 if they settle, for the mental injury, and violation of rights.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Anchorage Correctional Complex then transferred to Spring Creek Correctional Complex then transferred to Goose Creek Correctional Complex.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [x] No
- [ ] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [ ] Yes
- [x] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [x] No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
I was told by the Alaska Department of Corrections Staff that I couldn't grieve the Parole Board and that I'd have to file a post conviction relief application. I did as such but since I have appeals pending in the case the post conviction relief application is stayed.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
I do not remember the corrections officers names but believe I filed several Request for Interview forms about the matter.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Matthew Ryan Foy

   Defendant(s) STATE OF ALASKA department of corrections

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United States District Court, District of Alaska, Anchorage Division

3. Docket or index number

   Do Not Recall

4. Name of Judge assigned to your case

   Do Not Recall

5. Approximate date of filing lawsuit

   January 2023

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition Approx. July 2024

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   The case was dismissed without prejudice after being dismissed with leave to amend it. I would still like to pursue litigating it if possible but AKDOC had shuffled me around from facility to facility preventing me from acquiring the needed knowledge to properly amend it at the time, and also causing my paperwork to be misplaced. My legal knowledge is limited as I didn't attend any type of legal training or law school.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-15-2026

Signature of Plaintiff: Matthew Ryan Foy

Printed Name of Plaintiff: Matthew Ryan Foy

Prison Identification #: 583710

Prison Address: 1400 East 4th Ave.

Anchorage (*City*) AK (*State*) 99501 (*Zip Code*)

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Address ______

______ *City* ______ *State* ______ *Zip Code*

Telephone Number ______

E-mail Address ______

Matthew R. Foy 583710
Anchorage Correctional Complex-East
1400 East 4th Ave.
Anchorage, Alaska 99501

quadient
FIRST-CLASS MAIL
IMI
$001.61
01/16/2026 ZIP 99501
043M31237346
US POSTAGE

Anchorage
Correctional Complex
This mail was sent by an inmate at an Alaska jail.
Please do not send cash in the mail.

LEGAL & CONFIDENTIAL

U.S. District Court
Clerk of Court
222 West 7th Ave.
Anchorage, Alaska 99513

Confidential
Legal Mail

Anchorage
Correctional Complex
This mail was sent by an inmate at an Alaska jail.
Please do n… th…